**Order entered January 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00073-CV

### IN RE ALPHA-BARNES REAL ESTATE SERVICES, L.L.C., Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-01652-C**

## ORDER

Before the Court is relator's January 17, 2020 petition for writ of mandamus. We request

that respondent and real parties in interest file responses, if any, by February 12, 2020.

/s/    DAVID J. SCHENCK
       JUSTICE